IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. 10-00017-KD |
| v. | * | |
| | * | |
| WILLIAM LEE REID | * | |

## FINAL JUDGMENT OF FORFEITURE

**WHEREAS**, on April 22, 2010, a Plea Agreement was entered by the Defendant, **WILLIAM LEE REID**, to Count One of the Indictment. As a condition of his guilty plea, the defendant, **WILLIAM LEE REID** agreed to immediately forfeit to the United States all of his right, title, and interest to all property which is set forth in Count Three of the Indictment and which is forfeitable to the United States pursuant to Title 21 United States Code, Section 2253. Pursuant to the plea agreement the Defendant also agreed to execute any and all paperwork to facilitate and expedite the forfeiture of the property and agreed and consented that the Order of Forfeiture in this case would become final as to him at any time after the guilty plea and before his sentencing in accordance with Federal Rules of Criminal Procedure 32.2(b)(3). Pursuant to the Plea Agreement, Defendant, **WILLIAM LEE REID**, agreed to and confessed to forfeit the following property:

1. (1) Apple iMac, 20", Serial number W865008XVUV;

2. (1) Western Digital 250GB HD, Serial numberWCANY2035419, removed from item 1 above;

3. (1) Western Digital 160 GB HD, Serial number WMAL94064627;

4. (1) Lexar 1GB Compact Flash, no Serial number; and

5. (1) Western Digital External HD, Model WD25001032-001, Serial number WCANKE000285.

WHEREAS, the United States properly published notice of the forfeiture of the above-described property and the requirements for filing a claim for the property for 30 consecutive days starting May 12, 2010, on www.forfeiture.gov. A Proof of Publication

was filed on June 11, 2010, (Doc. 18), specifying the details of this publication. No third-parties have come forward to assert an interest in the subject property in the time required under Title 21 U.S.C. §853(n).

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the following property is forfeited to the United States of America pursuant to Title 21, United States Code, Sections 853, Title 18, United States Code 2253, and Federal Rule of Criminal Procedure 32.2(b), for disposition according to law:

1. (1) Apple iMac, 20", Serial number W865008XVUV;

2. (1) Western Digital 250GB HD, Serial numberWCANY2035419, removed from item 1 above;

3. (1) Western Digital 160 GB HD, Serial number WMAL94064627;

4. (1) Lexar 1GB Compact Flash, no Serial number; and

5. (1) Western Digital External HD, Model WD25001032-001, Serial number WCANKE000285.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward three (3) certified copies of this Order to Assistant United States Attorney Sean P. Costello.

**DONE** and **ORDERED** this 23rd day of August, 2010.

                                           s/ Kristi K. DuBose
                                           **KRISTI K. DuBOSE**
                                           **UNITED STATES DISTRICT JUDGE**